UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



N.K.,

        Plaintiff,

-against-

TimeLine Web Limited,
Media Zone Limited,
Indianpornnetwork.com,

        Defendants.

Civil Action No. 08 CV 00901 (DAB)

DAB
1/30/08

[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY

Upon Plaintiff's *Ex Parte* Application for Leave to Take Immediate Discovery, the Declaration of Stephen A. Broome, and the accompanying Memorandum of Law, it is hereby:

ORDERED that Plaintiff may serve immediate discovery on SoftLayer Technologies, Inc., and the Planet.com Internet Services, Inc. to obtain the identity of each Defendant by serving a Rule 45 subpoena that seeks documents that identify each Defendant, including each Defendant's true name, current address and telephone numbers, and Media Access Control addresses.

IT IS FURTHER ORDERED THAT any information disclosed to Plaintiff in response to the Rule 45 subpoena may be used by Plaintiff solely for the purpose of protecting Plaintiff's rights under New York law.

DATED: January 30, 2008      BY: _____
                                            Judge Deborah A. Batts