UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

N.K.

        Plaintiff,

-v.-

TIMELINE WEB LIMITED MEDIA ZONE LIMITED,
INDIANPORNNETWORK.COM
        Defendants,

08 CV 00901 (DAB)

**CERTIFICATE OF MAILING**

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**22ND day of February, 2008**

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (C) (ii) filed and issued herein on the,

**25th day of January, 2008**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

7904 5161 3164



J. Michael McMahon
CLERK

Dated: New York, NY



FEB 22 2008
U.S. DISTRICT COURT
FILED
S.D. OF N.Y.

http://psship.quinnemanuel.local/index.php

2/20/2008

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

FOLD on this line and place in shipping pouch with bar code and delivery address visible

These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

TRK# 7904 5161 3164   0430

INTL PRIORITY

-SC

From:   Origin ID: NBPA  (212) 849-7000
Stephen A. Broome
Quinn Emanuel Trial Lawyers
51 Madison Ave 22nd FLR
New York, NY 10010
UNITED STATES

SHIP TO: 452617800        BILL SENDER

Michael Nielsen
Suite 9, Ansuya Estate
Revolution Avenue
Victoria, Mahe Na

Victoria Mahe Na,
SC

Ship Date: 20FEB08
ActWgt: 0.5 LB
System#: 775669WBUS0200
Account#: S ********

REF: 03232.18301-02123
DESC-1: Summons and Complaint
DESC-2:
DESC-3:
DESC-4:
EEI: NO EEI 30.37(a)
COUNTRY MFG: US
CARRIAGE VALUE: 00 USD
CUSTOMS VALUE: USD
T/C: S 364962304   D/T: S
SIGN: Stephen A. Broome
EIN/VAT:

CLS129767/2/2/U24

FedEx Express