UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



N.K.,

        Plaintiff,

-against-

TimeLine Web Limited,
Media Zone Limited,
Indianpornnetwork.com,

        Defendants.

Civil Action No: 08 CV 00901

TO THE CLERK OF THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff NK hereby dismisses without prejudice all claims against Defendant Indianpornnetwork.com.

DATED:   New York, New York
              March 4, 2008

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP

By: _____
Stephen Broome
stephenbroome@quinnemanuel.com

51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
(212) 849-7000

Attorney for Plaintiff

**SO ORDERED:**

*Deborah A. Batts*
U.S.D.J. 3/7/08